# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

DOUGLAS R. MILLER  
ASSISTANT FEDERAL PUBLIC DEFENDER

December 6, 2019

VIA ECF

Honorable George J. Hazel
United States District Judge
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: *United States v. Sandra Curl*, No. GJH-19-0444

Dear Judge Hazel:

The Federal Public Defender Office was appointed to represent Ms. Curl at her initial appearance on November 25, 2019. I was assigned to represent Ms. Curl this week. I was subsequently contacted by Ms. Curl, who indicated that she wishes to represent herself and does not want to be represented by counsel.

Accordingly, I write to request that the Court conduct a hearing pursuant to *Faretta v. California*, 422 U.S. 806, 835 (1975). I have conferred with Assistant United States Attorney Jennifer Sykes prior to this writing. The government consents to this request. Ms. Curl lives in North Carolina and has asked that the hearing be scheduled for a date in January so that she is able to arrange for travel to Maryland.

Thank you for your consideration of this request.

Sincerely,

/s/
Ned Smock
Assistant Federal Public Defender

Cc (via ECF):    All Counsel of Record