

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main
Street Suite 501
Richmond, Virginia 23219-3517

NO.21-4291

Sandra Denise Curl
and
Percy Jacobs

Petitioner

June 24, 2021

On Petition Moving for a **Writ of Mandamus** from the

U.S. District Court for the District of Maryland

Case Number: 8:19-cr-00444-GJH

RECEIVED
2021 JUN 25 PM 12:16
U.S. COURT OF APPEALS
FOURTH CIRCUIT

# Writ of Mandamus       June 24, 2021

Case Number: 8:19-cr-00444-GJH

United States Court of Appeals for the Fourth Circuit

Petitioner / aka / Movant: Sandra-Denise: of the family Kenan

Petitioner / aka / Movant: Percy: of the family Jacobs

On Petition Moving for a **Writ of Mandamus** to the

U.S. District Court for the District of Maryland

Case Number: 8:19-cr-00444-GJH

Tribunal Administrator dba "Judge" George: of the family Hazel

6500 Cherrywood Lane Suite 445A

Greenbelt, Maryland near [20770]

Standby Councils:

**Stuart A Berman Standby Only**
Lerch Early & Brewer LLC
7600 Wisconsin Avenue
Suite 700
Bethesda, MD 20814

**Justin Eisele- Standby**
Seddiq Law Firm
P.O. Box 1127
Rockville, MD 20850

**Prosecuting Attorneys:**
**Robert K. Hur**
US Attorney's Office
6404 Ivy Lane
Suite 800
Greenbelt, Maryland 20770

Page **1** of **13**

Writ of Mandamus          June 24, 2021

**Jonathan Lenzner Prosecutor**
US Attorney's Office
6404 Ivy Lane
Suite 800
Greenbelt, Maryland 20770

**Abigail Burger Chingos- Prosecutor**
U.S. Department of Justice Tax Division
150 M. St NE
Washington, DC 20002

**Jeffrey Alfred McLellan- Prosecutor**
US Department of Justice
Tax Division
PO Box 972
Washington, DC 20044

**Gary Michael Morgan Jr.**
US Attorney's Office
6404 Ivy Lane
Suite 800
Greenbelt, Maryland 20770

**Jennifer Sykes**
US Attorney's Office
6404 Ivy Lane
Suite 800
Greenbelt, Maryland 20770

**Felicia Cannon**
Head Clerk of Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Certificate of Interest Rod: of the family Class

Pursuant to Federal Circuit Rule 47.4(a) and Federal Rule of Appellate

Procedure 26.1, stand by counsel Stuart Berman and Justin Eisele

Writ of Mandamus             June 24, 2021

> 8) Maryland Law, See§ 6-103 of the Criminal Procedure Article ("C.P."); Md. Rule 4-271(a). that state " Under well-known Maryland law, the State must bring a defendant to trial before the 180th day after the first of
>
>> (1) The appearance of counsel, or
>>
>> (2) The first appearance of the defendant before the tribunal /dba/ the circuit courts.

(B) Promptly rule that the Tribunal Administrator George: of the family Hazel is in clear violation of 'abuse of discretion':

> 1) The rendering of a decision by a court that is so unreasonable in the light of the facts of the case or is such an unreasonable deviation from legal precedent that it must be reversed.
>
> 2) Any action by a government official by which that official renders decisions for a clearly improper purpose.

(C) Promptly rule that the Tribunal Administrator George: of the family Hazel violated the Speedy Trial Act Plan:  Plan for the Disposition of Criminal Cases in the United States District Tribunals / dba / Courts and Before United States Magistrates in the District of Maryland Pursuant to the Speedy Trial Act of 1974, 18 U.S.C. sections 3161 et seq as amended by P.L. 96-43, 93 Stat. 327 (Aug. 2, 1979).

(D) Promptly rule that the Tribunal Administrator George: of the family Hazel has exceeded the scope of his authority because:  The U.S. Supreme Court in Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) Whenever a judge acts where he/she does not have jurisdiction to act, they are warring on the constitution, i.e., the judge is engaged in an act or acts of treason.

Writ of Mandamus         June 24, 2021

1. The full name of every party represented by the undersigned is Sandra Denise Curl and Percy Jacobs.

2. The other real parties in interest are Sandra-C. Kenan on behalf of Sandra Denise Curl and Percy: El: Jacobs on behalf of Percy Jacobs

Petitioner / Movant Sandra: of the family Kenan respectfully requests that the Tribunal /dba / Court grant this petition for a writ of mandamus and direct the district court to:

(A) Promptly rule that the Tribunal Administrator George: of the family Hazel is in direct violation of the following:

    1) God's given un-a-lien-able rights;

    2) The Magna Carta …. "deny or delay Justice and right, neither the end, which is Justice, nor the meane, whereby we may attain to the end and that is the law….";

    3) The Articles of Confederation;

    4) The Declaration of Independence;

    5) Original & organic The Constitution for the united States of America;

    6) The Bill of Rights ….6th Amendment …. right to a public trial without unnecessary delay, the right to a lawyer, the right to an impartial jury, and the right to know who your accusers are and the nature of the charges and evidence against you, and to be confronted with the witnesses against him….;

    7) The Maryland Declaration of Rights;

Writ of Mandamus   June 24, 2021

Congress never ratified Title 18 United States Code, Crimes and Criminal Procedure. Prosecutors have intentionally and fraudulently withheld this exculpatory information in order to deprive Sandra: of the family Kenan her substantive due process of law. Sandra: of the family Kenan has consistently and continually objected to being nothing more that the beneficiary of the Cestui Que Trust. Sandra's name is her possession only:

(1) Unlike a registered trademark, My proper name cannot be deemed abandoned by Me throughout this possessor's life, despite any failure to use it, and continue to use it, privately and or commercially. Montana v. San Jose Mercury News, Inc. 40 Cal.Rptr.2d 639, 34 Cal.Appl.4th 79.   In addition law cause of to the common action, California also has a statutory cause of action for misappropriation. (Civ.Code, § 3344.) The statutory cause of action complements rather than codifies common law misappropriation (Lugosi v. Universal Pictures (1979) 25 Cal.3d 813, 819, 160 Cal.Rptr. 323, 603 P.2d 425) and lies where the plaintiff can show that another "knowingly" used his or her "name, ... photograph, or likeness, **in any manner**, on or in products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods or services, **without [the plaintiff's] prior consent**...." (Civ.Code, § 3344, subd. (a); Eastwood v. Superior Court, supra, 149 Cal.App.3d at pp. 416-417, 198 Cal.Rptr. 342; 5 Witkin, Summary of Cal. Law (9th ed. 1988) Torts, § 589, pp. 687-688.)

 A) Note: 4.371.1 Financial Products Specialty of the Internal Revenue Service. The IRS is using armed paramilitary troops and agents

USCA4 Appeal: 21-1722   Doc: 2   Filed: 06/25/2021   Pg: 7 of 15
Case 8:19-cr-00444-GJH   Document 83   Filed 06/29/21   Page 7 of 15

Writ of Mandamus                    June 24, 2021

to create duress and coercion to force the IRS' products and services on the Preamble "We the People" through domestic terrorism by human trafficking the Preamble "We the People" thru their private tribunals under UNIDROIT Treaty under 'color of law'.

B) These rogue IRS Agents, along with the District Attorney, Clerk of Court and Magistrate Judge Thomas M. DiGirolamo under the supervision of Tribunal Administrator George: of the family Hazel, are using federal funding to arm the paramilitary troops and agents.

C) All the previous listed entities directly above in B) are extorting my life hours, sweat equity, labor, property, liberty and pursuit of happiness against my consent.

D) These tribunal officials /dba/ court officials listed above, are securitizing on court cases by bonding every case, fraudulently & unlawfully converting (illegal conversion) the bonds to mortgages and converting the securities into Real Estate Mortgage Investment Conduits (REMIC's) which are counterfeit because they are created without consent. All this time, they are still receiving federal funds.

E) Promptly rule that the Tribunal Administrator George: of the family Hazel has violated the Claim in accord with the United Nations Declaration on the Rights of Indigenous People: Sandra-C: of the family Kenan is Indigenous, Autochthonous (Bible – Genesis 2:7 – Authorized Version) Flesh and Blood Woman on the free soil of the nation-state Maryland --- Not the corporate STATE

Writ of Mandamus      June 24, 2021

OF MARYLAND or any other political subdivision of corporate UNITED STATES.

F) Promptly rule that the Tribunal Administrator George: of the family Hazel took this Preamble "We the People" Indigenous Woman out of her original package as illustrated below: Points 1 – 6 are original packaging.

    1) Indigenous woman on the free soil created by the "Creator God"

    2) Live woman of flesh and blood

    3) Live woman with a living spirit

    4) Live woman with the indwelling of the Holy Spirit

    5) Live woman that is a pre-fourteenth Amendment State Citizen

    6) Live woman that does not reside in the District of Columbia, Territory or any other federal zone.

G) Promptly rule Tribunal Administrator George: of the family Hazel has used Unlawful and fraudulent conversions from live woman on the soil to fiction, decedent, incompetent, ward of state, lost at sea, or any other man made term contrary to her original created status / package.

    1) The 'so called' public officials fraudulently repackaged her as a US CITIZEN using false and defective business practices.

    City of Minneapolis v Reum, No. 211 -- City of Minneapolis v. Reum 56 F. 576, 576 (8th Cir. 1893): the requirements of US Citizenship are: (1) deny sovereignty, (2) apply for citizenship, and (3) take oath or affirmation to United States, these three things and NOT OTHERWISE! The fraudulent conversion was done intentionally where these federal and state actors stole personal property by means of making an illegal

Page 7 of 13

USCA4 Appeal: 21-1722 Doc: 2 Filed: 06/25/2021 Pg: 9 of 15
Case 8:19-cr-00444-GJH Document 83 Filed 06/29/21 Page 9 of 15

Writ of Mandamus         June 24, 2021

assertion of ownership, by illegally using another's goods and used wrongful intention.

2) All theft of property and trust funds were used by the so called "public officials" for unjust self-enrichment.

H) Promptly rule these so called "public officials" are stealing our intellectual property causing injury through discrimination and oppression. As a result of their unlawful acts, they have committed treason, insurrection, and rebellion against the Constitution.

Therefore, this court must rule that since Judge Hazel lost his citizenship to the united States of America when he took his oath and became a foreign state.

Reference Title 8 USC 1481, states in part once an oath of office is taken citizenship is relinquished, thus you become a foreign entity, agency, or state. That means every public office is a foreign state, including all political subdivisions.

Judge Hazel has perjured his oath to the Constitution and has refused to use his power to restore "Rule of Law" in violation President Donald J. Trump's Executive Order to restore The Rule of Law, and is refusing to obey the 6th Amendment directives to the right of a speedy trial.

I) Promptly rule Tribunal Administrator George: of the family Hazel is allowing the prosecutors to use Dead Man Statutes, also known as dead man act or dead

USCA4 Appeal: 21-1722  Doc: 2  Filed: 06/25/2021  Pg: 10 of 15
Case 8:19-cr-00444-GJH  Document 83  Filed 06/29/21  Page 10 of 15

Writ of Mandamus  June 24, 2021

man's rule in their master scheme to prevent perjury in a civil case by prohibiting a witness who is an interested party from testifying about communications or transactions with a deceased person / aka / a decedent against the decedent unless there is a waiver.

J) Promptly rule the appointment of Standby Counsel and Prosecutor are complicit in using dead man statute to bypass the Constitutional requirement of the 6th Amendment protected right to face one's accusers.

K) Petitioner / Movant Demands:

  1) This court must rule that The United States District Court of Maryland has no jurisdiction to entertain this lawsuit for the following reasons:

     A) This court must rule the real parties in interest are not properly before the court.

     B) This court must rule Sandra: of the family Kenan is the live woman coming in peace to settle the issue concerning Sandra Denise Curl and Sandra-C: Kenan was not properly served pursuant to Rule 5 of Rules of Civil Procedure.

     C) This court must rule there were no affidavits signed under penalty of perjury of law by an injured party specifying the injured party was without the United States 28 USC 1746(1) or with the United States 28 USC 1746(2). Therefore, we have no idea who is

USCA4 Appeal: 21-1722      Doc: 2      Filed: 06/25/2021      Pg: 11 of 15
Case 8:19-cr-00444-GJH   Document 83   Filed 06/29/21   Page 11 of 15

Writ of Mandamus                June 24, 2021

bringing the LAWSUIT, nor their status, standing, agency, or credentials.

D) This court must rule that Tribunal Administrator George: of the family Hazel /dba/ Judge has grossly exceeded the scope of his Constitutional Authority, his Statutory Authority and his Judicial Authority by allowing the prosecutors to Toll the Speedy Trial which is now over 500 days, and this has created a HUGE undue burden on Sandra-C of the family Kenan.

E) This court must vacate Tribunal Administrator Hazel's order, remand back to the United States District Court with an order to dismiss all charges with prejudice and to apply sanctions to all public officials, i.e., Police Officers, IRS agents, Clerks of court, Judges, Tribunal Administrators, Attorneys, Standby Counsels, Magistrate Judges, Prosecutors, Bailiffs, US Marshals, Assistant Clerks of Court, Jailers, Correction Officers, etc. et. al. who has touched and taken part in concealing exculpatory evidence what would have exonerated Sandra-C of the family Kenan or have received any compensation.

F) This court must order a review and audit by the Treasury Inspector General for Tax Administration for fraud, waste

USCA4 Appeal: 21-1722   Doc: 2   Filed: 06/25/2021   Pg: 12 of 15
Case 8:19-cr-00444-GJH   Document 83   Filed 06/29/21   Page 12 of 15

Writ of Mandamus         June 24, 2021

and abuse by all parties listed above.

G) This court must order the lower court to vacate the order due to mishandling of evidence. This unlawful action has caused numerous delays. IRS tax division agents have unlawfully sent other party's /and, or /parties' evidence to Percy Jacobs in violation of federal privacy act legislation. This information was not part of this case. The tax agents and U.S prosecutors have sent evidence on thumb drive without suppling the proper passwords to access the evidence contained on the drive. Having to contact their tech support people to enable access to the vital information caused many days of delays. This clearly is the fault of the tax agents and prosecutors. The question remains, was this intentional, was this done to create duress, was this done as a means of harassment or was this intended as a subtle action of punishment?

H) Movants now must invoke equity, since there is no remedy in this District court of Maryland. It would appear this case has been intentionally placed into the wrong court under the wrong jurisdiction where **THERE IS NO REMEDY!**

Sandra C. Kenan c/o:

Writ of Mandamus                                      June 24, 2021

## Certificate of Service

I, Sandra C. Kenan, beneficiary/agent/titleholder in due course on behalf of SANDRA DENISE CURL mailed Writ of Mandamus document the court of appeals in the year of 2021 in the month June day 24rd by USPS Priority Mail Express and regular mail to the other parties noted below.

_____          6/24/2021
BY: Sandra C. Kenan, beneficiary/agent/titleholder in due course         Date
Legal representative on behalf of
SANDRA DENISE CURL

**Stuart A Berman -Standby**
Lerch Early & Brewer LLC
7600 Wisconsin Avenue
Suite 700
Bethesda, MD 20814

**Justin Eisele- Standby**
Seddiq Law Firm
P.O. Box 1127
Rockville, MD 20850

**Prosecuting Attorneys:**
**Robert K. Hur**
US Attorney's Office
6404 Ivy Lane
Suite 800
Greenbelt, Maryland 20770

**Jonathan Lenzner Prosecutor**
US Attorney's Office
6404 Ivy Lane
Suite 800
Greenbelt, Maryland 20770

# Writ of Mandamus        June 24, 2021

**Abigail Burger Chingos- Prosecutor**
U.S. Department of Justice Tax Division
150 M. St NE
Washington, DC 20002

**Jeffrey Alfred McLellan- Prosecutor**
US Department of Justice
Tax Division
PO Box 972
Washington, DC 20044

**Gary Michael Morgan Jr.**
US Attorney's Office
6404 Ivy Lane
Suite 800
Greenbelt, Maryland 20770

**Jennifer Sykes**
US Attorney's Office
6404 Ivy Lane
Suite 800
Greenbelt, Maryland 20770

**Felicia Cannon**
Head Clerk of Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770









PRESS FIRMLY TO SEAL          PRESS FIRM

**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE 202 706 9541
Sandra C. [redacted]

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE 704
United States Court of Appeal 4th. Circuit
1100 East Main Street
#501 Richmond, VA
ZIP + 4® (U.S. ADDRESSES ONLY)
23219 - 3517

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

EP13F May 2020
OD: 12 1/2 x 9 1/2