FILED: April 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-4122 (L)
(8:19-cr-00444-GJH-2)

———————————

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

PERCY LEROY JACOBS, a/k/a Percy El Jacobs, a/k/a Percy Jacobs El, a/k/a
Minister Percy El Jacobs

        Defendant - Appellant

———————————

No. 23-4123
(8:19-cr-00444-GJH-1)

———————————

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

SANDRA DENISE CURL, a/k/a Sandra Curl Jacobs, a/k/a Sandra Curl-Jacobs
El, a/k/a Minister Sandra El

        Defendant - Appellant

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgments of the district court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK