# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

**United States of America,**
Plaintiff,

v.

**Sandra Denise Curl and Percy El Jacobs,**
Defendants.

Case No. 8:19-cr-00444-GJH 1&2

## COURTESY COPY OF DEFENDANTS' MOTION FOR RELIEF UNDER RULE 60(b)(4), 60(b)(6), AND 60(d)(3)

Pursuant to **Local Rule 105,** Defendants respectfully submit this **courtesy paper copy** of their filing:

**Defendants' Motion for Relief Under Rule 60(b)(4), 60(b)(6), and 60(d)(3)**

The filed motion, including the memorandum and Certificate of Service, totals **31 pages,** exceeding the 15-page threshold that requires submission of a courtesy copy to chambers.

This courtesy copy corresponds exactly to the version filed with the Clerk of Court.

Respectfully submitted,

**Sandra C. Kenan**
Formally known as
Sandra Denise Curl
9816 Pollie Little Lane
Charlotte, NC 28214
(704) 649-7838
sandradcurl@gmail.com

**Percy El Jacobs**
1650 Dares Beach Road
Prince Frederick, MD 20678
(202) 706-9551
percyjcbs@gmail.com