# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

United States of America,

Plaintiff,

v.                                    Case No. 8:19-cr-00444-GJH-1 & 2



Sandra Denise Curl and Percy El Jacobs,                    USDC- GREENBELT
                                                          '26 FEB 27 PM1:08
Defendants.

## **MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255**

Defendants **Sandra Denise Curl** and **Percy El Jacobs**, pro se, respectfully move this Court to vacate, set aside, or correct their sentences under **28 U.S.C. § 2255**, because their convictions and sentences were imposed in violation of the Constitution and laws of the United States, the Court lacked jurisdiction, and the judgment is the product of structural error, ineffective assistance of counsel, and a fundamental miscarriage of justice.

This is Defendants' **first** motion under § 2255.

## I. INTRODUCTION

This case presents a decade-long pattern of constitutional violations, structural defects, and government misconduct that renders the conviction and sentence unlawful under § 2255. The record from **2016–2026** demonstrates:

- violations of the **Fourth Amendment** (void warrants, unconstitutional search)

- violations of the **Fifth Amendment** (due process, pre-indictment delay, Brady violations)

- violations of the **Sixth Amendment** (Speedy Trial, ineffective assistance, voir dire defects)

- violations of the **Fourteenth Amendment** (selective prosecution, unequal plea treatment)

- use of **unauthenticated IRS documents**

- **withheld evidence** returned only after trial, sentencing, and appeal

- **fraud on the court**

- **obstruction of appellate rights**

- a conviction based on **evidence the government refused to use at trial**

These constitutional violations, individually and cumulatively, require vacatur of the conviction and sentence.

## II. JURISDICTIONAL BASIS

This motion is filed under **28 U.S.C. § 2255(a)**, which authorizes relief where:

1. the sentence was imposed in violation of the Constitution or laws of the United States;
2. the court lacked jurisdiction to impose the sentence;
3. the sentence exceeded the maximum authorized by law; or
4. the judgment is otherwise subject to collateral attack.

Defendants satisfy all four grounds.

## III. FACTUAL BACKGROUND (2016–2026)

Defendants incorporate by reference:

- **Exhibit A — Updated Chronological Timeline (2016–2026)**
- **Exhibit B — Identification of All Actors and Their Roles**
- **Exhibit C — Actor Summary and Roles in the Misconduct Pattern**

These exhibits document the full factual record supporting this § 2255 motion.

### Key Facts Supporting Relief

- **Void 2016 warrants** issued under another defendant's case numbers.
- **Unconstitutional search** and seizure of property.
- **Three-year pre-indictment delay** violating due process and Speedy Trial.
- **Unlawful arrest** without warrant, summons, or service of indictment.
- **Government refusal to use 2016 seized evidence at trial,** proving it was defective, exculpatory, or unusable.
- **IRS documents certified only in 2022,** six years after the search and the same month as trial.
- **Withheld evidence returned in 2023–2024,** after trial, sentencing, and appeal.
- **Selective prosecution and selective plea treatment** (plea offered to Thy Nief Muhammad but never to Defendants).
- **Structural voir dire defects.**
- **Ineffective assistance of counsel** at trial and on appeal.
- **Obstruction of appellate rights.**
- **Fraud on the court** by prosecutors and agents.

## IV. GROUNDS FOR RELIEF UNDER § 2255

### Ground One — Fourth Amendment Violations (Void Warrants & Unconstitutional Search)

The 2016 search was executed under **three warrants belonging to another defendant.**

A warrant issued under the wrong case number is **void as a matter of law.**

All evidence derived from the search is inadmissible.

The indictment lacked a lawful evidentiary foundation.

### Ground Two — Fifth Amendment Due Process Violations

The government:

- concealed warrant defects
- withheld evidence for 7–8 years
- delayed indictment for three years
- used uncertified IRS documents
- misrepresented evidence at sentencing

These actions violated due process and require vacatur.

### Ground Three — Sixth Amendment Violations (Speedy Trial & Ineffective Assistance)

The government caused repeated Speedy Trial delays.

Counsel failed to raise or preserve critical issues.

Voir dire defects denied Defendants an impartial jury.

## Ground Four — Brady Violations

The government withheld:

- seized evidence
- IRS records
- exculpatory materials
- ZIP-drive contents

Evidence was returned only after sentencing and appeal.

## Ground Five — Selective Prosecution & Equal Protection Violations

The government offered a plea to **Thy Nief Muhammad** but never to Defendants. This is arbitrary, discriminatory, and unconstitutional.

## Ground Six — Fraud on the Court

The government:

- used void warrants
- concealed evidence
- relied on unauthenticated IRS documents
- misrepresented facts
- obstructed appellate review

Fraud on the court invalidates the judgment.

## Ground Seven — Structural Error

Structural errors include:

- unconstitutional search
- defective voir dire
- denial of counsel
- obstruction of appellate rights

Structural errors require automatic reversal.

## V. REQUEST FOR RELIEF

Defendants respectfully request that this Court:

1. **Vacate the conviction**
2. **Vacate the sentence**
3. **Dismiss the indictment**
4. **Order immediate release from all remaining supervision**
5. **Grant any further relief the Court deems just and proper**

## VI. EXHIBIT LIST

**Exhibit A** — Updated Chronological Timeline (2016–2026)

**Exhibit B** — Identification of All Actors and Their Roles

**Exhibit C** — Actor Summary and Roles in the Misconduct Pattern

## VII. PROPOSED ORDER

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Upon consideration of Defendants' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, it is hereby:

**ORDERED** that the Motion is GRANTED;

**ORDERED** that the judgment of conviction is VACATED;

**ORDERED** that the sentence is VACATED;

**ORDERED** that the indictment is DISMISSED;

**ORDERED** that Defendants are released from all remaining supervision;

and **ORDERED** that any further relief necessary to restore the integrity of the proceedings is GRANTED.

SO ORDERED.

---

United States District Judge

District of Maryland

## VIII. CERTIFICATE OF SERVICE

Defendants certify that a copy of this motion was mailed to the United States Attorney's Office for the District of Maryland on the date below.

Respectfully submitted,

**Sandra C. Kenan**
(formerly known as Sandra Denise Curl)
9816 Pollie Little Lane
Charlotte, NC 28214
sandradcurl@gmail.com

**Percy El Jacobs**
1650 Dares Beach Road
Prince Frederick, MD 20678
percyjcbs@gmail.com