IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

United States of American

V                                                    Case: 8:19CR444 1&2

Sandra Denise Curl

Percy El. Jacobs

### ORDER GRANTING LEAVE TO FILE SUPPLEMENT TO RULE 60 MOTION

Upon consideration of Movant's **Supplement to the Rule 60 Motion**, and for good cause shown, the Court finds that supplementation is appropriate to ensure a complete and accurate record of the issues raised under **Rule 60(b)** and **Rule 60(d)(3)**.

The Court further finds that the supplemental filing provides additional material facts, clarifications, and supporting documentation relevant to the adjudication of the pending Rule 60 Motion.

**IT IS ORDERED** that Movant's Supplement to the Rule 60 Motion is **ACCEPTED** and shall be made part of the record in this matter.

SO ORDERED.


United States District Judge

Date: _____